```
                            United States Bankruptcy Court
                             Eastern District of New York

In re:                                                              Case No. 19-45864-ess
Oboi O. James                                                       Chapter 13
         Debtor
                               CERTIFICATE OF NOTICE
District/off: 0207-1          User: smoore              Page 1 of 1                  Date Rcvd: Nov 22, 2019
                              Form ID: 274              Total Noticed: 9


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 24, 2019.
db             +Oboi O. James,    333 Warwick Street,    #1,    Brooklyn, NY 11207-3215
9702824        +Caliber Home Loans, Inc.,    c/o Stern & Eisenberg, P.C.,    1040 Kings Highway #407,
                 Cherry Hill, NJ 08034-1925
9711315        +JPMorgan Chase Bank, National Association,    c/o Shapiro, DiCaro, & Barak LLC,
                 One Huntington Quadrangle, Suite 3N05,    Melville, NY 11747-4468

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Nov 22 2019 18:36:09
                 Office of the United States Trustee,    Eastern District of NY (Brooklyn Office),
                 U.S. Federal Office Building,    201 Varick Street, Suite 1006,    New York, NY 10014-4811
9732595         EDI: BECKLEE.COM Nov 22 2019 23:33:00       American Express National Bank,
                 c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
9740200         +E-mail/Text: ECMBKMail@Caliberhomeloans.com Nov 22 2019 18:36:44       Caliber Home Loans, Inc,
                 13801 Wireless Way,    Oklahoma City   OK 73134-2500
9709920         EDI: CAPITALONE.COM Nov 22 2019 23:33:00       Capital One Bank (USA), N.A.,
                 by American InfoSource as agent,    PO Box 71083,    Charlotte, NC   28272-1083
9712429         E-mail/PDF: resurgentbknotifications@resurgent.com Nov 22 2019 18:48:54       LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
9738433        +EDI: JEFFERSONCAP.COM Nov 22 2019 23:33:00       Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
9738433        +E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 22 2019 18:36:15       Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
                                                                                              TOTAL: 7

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 22, 2019 at the address(es) listed below:
              Barbara    Dunleavy     on behalf of Creditor    JPMorgan Chase Bank, National Association
               BDunleavy@logs.com, NYBKCourt@logs.com
              Marianne   DeRosa     Derosa@ch13mdr.com, mderosa13@ecf.epiqsystems.com
              Office of the United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
                                                                                             TOTAL: 3
```

| **Information to identify the case:** | |
|---|---|
| Debtor 1 **Oboi O. James** | Social Security number or ITIN **xxx–xx–0415** |
| First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Social Security number or ITIN  _ _ _ _ |
| First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of New York** | Date case filed for chapter **13  9/26/19** |
| Case number:  **1–19–45864–ess** | |

# NOTICE OF AUTOMATIC DISMISSAL OF CASE
# UNDER BANKRUPTCY CODE § 521 (i)(1)

**NOTICE IS HEREBY GIVEN THAT:**

1) This case was filed on September 26, 2019, with deficiencies.

2) A Notice of Deficiency Filing was sent on September 26, 2019, informing the debtor(s), among other things, that there were outstanding statements, schedules and/or lists to be filed or the case may be subject to automatic dismissal under § 521(i)(1) of the Bankruptcy Code.

3) A Final Notice of Section 521 Deficiencies was sent on October 28, 2019, notifying the debtor(s) that certain documents remained outstanding and in the absence of those documents being filed, the case would be dismissed under § 521(i)(1) of the Bankruptcy Code.

4) As of this date, some or all of the required documents have not been filed with the Clerk of the Court.

Under § 521(i)(1), the above captioned case is dismissed effective on the 46th day after the date of the filing of the petition.

Notice is further given that if there are any outstanding filing fees due, it must be paid in full to the Clerk of Court upon receipt of this notice.

Dated: November 22, 2019

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnod521.jsp** [Notice of Dismissal rev. 05/14/19]